A CERTIFIED TRUE COPY
ATTEST

By April Layne on Dec 11, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Nov 25, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: KBR, INC., BURN PIT LITIGATION                MDL No. 2083

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-2)**

On October 16, 2009, the Panel transferred 12 civil actions to the United States District Court for the District of Maryland for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2009). Since that time, nine additional actions have been transferred to the District of Maryland. With the consent of that court, all such actions have been assigned to the Honorable Roger W. Titus.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Maryland and assigned to Judge Titus.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Maryland for the reasons stated in the order of October 16, 2009, and, with the consent of that court, assigned to the Honorable Roger W. Titus.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Maryland. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Dec 11, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby attest and certify on 12/14/2009
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my
legal custody.

FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

By_____ Deputy

Page 1 of 2

IN RE: KBR, INC., BURN PIT LITIGATION                    MDL No. 2083

## SCHEDULE CTO-2 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **ARKANSAS EASTERN** ARE 4 09-846 | Bill Jack Carlisle, Jr., et al. v. KBR, Inc., et al. | 09-3299 |
| **COLORADO** CO 1 09-2615 | Marcos Barranco, et al. v. KBR, Inc., et al. | 09-3300 |
| **CONNECTICUT** CT 3 09-1807 | Eunice Ramirez v. KBR, Inc., et al. | 09-3301 |
| **IOWA SOUTHERN** IAS 4 09-458 | Lee Warren Jellison, Jr. v. KBR, Inc., et al. | 09-3302 |
| **IDAHO** ID 4 09-570 | George Lundy v. KBR, Inc., et al. | 09-3303 |
| **INDIANA NORTHERN** INN 2 09-370 | Thomas Kelleck, et al. v. KBR, Inc., et al. | 09-3304 |
| **KENTUCKY WESTERN** KYW 3 09-897 | Charles Hicks, et al. v. KBR, Inc., et al. | 09-3305 |
| **MASSACHUSETTS** MA 1 09-11913 | Jeffrey Morgan Cox, et al. v. KBR, Inc., et al. | 09-3306 |
| **MAINE** ME 1 09-563 | Danny Lapierre v. KBR, Inc., et al. | 09-3307 |
| **MISSISSIPPI SOUTHERN** MSS 2 09-230 | Kenneth Harris, et al. v. KBR, Inc., et al. | 09-3308 |
| **NORTH DAKOTA** ND 3 09-100 | Patrick Cassidy, et al. v. KBR, Inc., et al. | 09-3309 |
| **NEW JERSEY** NJ 1 09-5710 | Richard McAndrew, et al. v. KBR, Inc., et al. | 09-3310 |

**MDL No. 2083 - Schedule CTO-2 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION | |
|---|---|---|---|---|
| **NEW MEXICO** | | | | |
| NM | 1 | 09-1077 | Jessey Joseph Phillip Baca, et al. v. KBR, Inc., et al. | 09-3311 |
| **NEVADA** | | | | |
| NV | 2 | 09-2131 | Heinz Alex Disch, et al. v. KBR, Inc., et al. | 09-3312 |
| **TENNESSEE MIDDLE** | | | | |
| TNM | 3 | 09-1065 | Anthony Ray Johnson, et al. v. KBR, Inc., et al. | 09-3313 |
| **VIRGINIA EASTERN** | | | | |
| VAE | 1 | 09-1258 | Joshua David Beavers, et al. v. KBR, Inc., et al. | 09-3314 |
| **WASHINGTON WESTERN** | | | | |
| WAW | 2 | 09-1579 | Thomas Olson, et al. v. KBR, Inc., et al. | 09-3315 |
| **WISCONSIN WESTERN** | | | | |
| WIW | 3 | 09-690 | Michael Foth, et al. v. KBR, Inc., et al. | 09-3316 |